UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Y.W.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KIMBERLY ROBERTS, *et al.*,<br><br>　　　　　Defendants. | Civil Action No. 14-1642 (WJM)<br><br><br><br><br><br>**ORDER** |

**THIS MATTER** having come before the Court for a conference on July 7, 2016;

and the Court having reviewed the status of the case with counsel, including the fact that the entire docket sheet, as well as the individual entries, are currently sealed;

and the Court noting that the Local Rules prohibit the sealing of the entire docket, *see* L.Civ. R. 5.3(e);

and the Court noting that the case was originally filed by Plaintiff proceeding *pro se*, and that the case involves sensitive information relating to a minor child;

and the Court having considered how best to proceed in light of the unique circumstances of the case and the sensitive matter involved;

and for the reasons stated above and for good cause shown;

**IT IS on this 11th day of July 2016,**

**ORDERED** that, the Clerk is requested to unseal only the docket sheet for the above captioned case.  The Clerk is requested to maintain under seal all of the current docket entries (except this Order), subject to further consideration and Order of the Court.

s/Mark Falk
**MARK FALK**
**United States Magistrate Judge**
