## State of New Jersey

| | | |
|---|---|---|
| PHILLIP D. MURPHY<br>*Governor*<br><br>SHEILA Y. OLIVER<br>*Lt. Governor* | OFFICE OF THE ATTORNEY GENERAL<br>DEPARTMENT OF LAW AND PUBLIC SAFETY<br>DIVISION OF LAW<br>25 MARKET STREET<br>PO Box 116<br>TRENTON, NJ 08625-0116 | GURBIR S. GREWAL<br>*Attorney General*<br><br>MICHELLE L. MILLER<br>*Director* |

May 23, 2018

**Via CM/ECF eFile**
United States District Court
District of New Jersey – Newark Vicinage
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

    Re: <u>Y.W. v. Roberts, et al.</u>
        Civil Action No. 2:14-cv-1642
        **Substitution of Attorney on Behalf of Defendants Kimberly Roberts and Veronica Zeron**

Dear Sir/Madam:

    This office represents Defendants Kimberly Roberts and Veronica Zeron, ("State Defendants"), in the above-referenced matter. Enclosed please find a substitution of attorney on behalf of State Defendants in this matter. There is no filing fee as this substitution of attorney is being filed on behalf of the State of New Jersey, its agencies, or employees.

    If the court has any questions or concerns I can be reached at 609-376-2743. Thank you for your courtesies.

        Respectfully submitted,

        GURBIR S. GREWAL
        ATTORNEY GENERAL OF NEW JERSEY

    By:   /s/ Ashley L. Costello
        Ashley L. Costello (107192015)
        Deputy Attorney General

Enc.
cc: All counsel of record – Via CM/ECF E-filing



HUGHES JUSTICE COMPLEX • TELEPHONE: (609) 292-8565 • FAX: (609) 633-8702
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*

GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY
Hughes Justice Complex
25 Market Street
P.O. Box 116
Trenton, NJ 08625-0112
Attorney for Defendants,
 Kimberly Roberts and Veronica Zeron

By:  Ashley L. Costello (107192015)
     Deputy Attorney General
     (609) 376-2743
     Ashley.Costello@law.njoag.gov

| | |
|---|---|
| Y.W.,<br><br>            Plaintiff,<br><br>     v.<br><br>KIMBERLY ROBERTS, et al.,<br><br>            Defendants. | **UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br>NEWARK VICINAGE**<br><br>Hon. William J. Martini,<br>U.S.D.J.<br><br>Hon. Mark Falk, U.S.M.J.<br><br>Docket No. 2:14-cv-01642<br><br>**SUBSTITUTION OF ATTORNEY** |

Benjamin H. Zieman hereby consents to the substation of Ashley L. Costello, Deputy Attorney General, as the attorney of record for Defendants Kimberly Roberts and Veronica Zeron, ("State Defendants"), and/or any and all others who previously appeared on behalf of said Defendants.

| | |
|---|---|
| GURBIR S. GREWAL<br>ATTORNEY GENERAL OF NEW JERSEY | GURBIR S. GREWAL<br>ATTORNEY GENERAL OF NEW JERSEY |
| By: /s/ Benjamin H. Zieman<br>    Benjamin H. Zieman<br>    Deputy Attorney General<br>    Withdrawing Attorney<br><br>DATED:  May 23, 2018 | By: /s/ Ashley L. Costello<br>    Ashley L. Costello<br>    Deputy Attorney General<br>    Superseding Attorney<br>    Division of Law<br>    State of New Jersey<br>    P.O. Box 116<br>    Trenton, New Jersey 08625-0116<br>    Phone:(609) 376-2743<br>    Fax:  (609) 633-8702<br>    Ashley.Costello@law.njoag.gov<br><br>DATED:  May 23, 2018 |