**newyorklawyer@msn.com**

| | |
|---|---|
| **From:** | Ashley Costello <Ashley.Costello@law.njoag.gov> |
| **Sent:** | Friday, June 22, 2018 2:11 PM |
| **To:** | Levi Huebner Esq |
| **Subject:** | RE: Y.W. v. ROBERTS et al., Case 2:14-cv-01642-WJM-MF |

Yes I have been sick the past few days as has my daughter and I am working diligently to finish and file the motion today. I am going to file the motion and all exhibits under seal. I have filed numerous motions under seal and am familiar with the procedure. In order to meet the deadline I must focus on the motion today and can discuss any other issues on Monday. Thank you for your cooperation.

**From:** Levi Huebner Esq [mailto:newyorklawyer@msn.com]
**Sent:** Friday, June 22, 2018 2:10 PM
**To:** Ashley Costello
**Cc:** Lawrence Katz
**Subject:** Y.W. v. ROBERTS et al., Case 2:14-cv-01642-WJM-MF

Dear Ms. Costello:

  As you know, today is the filing deadline, I have left voice and email messages.

  Kindly contact the undersigned today.

  Thank you for your consideration in this matter.

Very truly yours,
Levi Huebner

Levi Huebner & Associates, PC
*Attorneys and Counselors at Law*

338 Atlantic Avenue, Suite 202
Brooklyn, NY 11201
Tel:  (212) 354-5555
Fax: (718) 636-4444

EMAIL: NEWYORKLAWYER@MSN.COM

NOTICE: Unless specifically set forth herein, the transmission of this communication is not intended to be a legally binding electronic signature, and no offer, commitment or assent on behalf of the sender or its client is expressed or implied by the sending of this email, or any attachments hereto. NOTICE OF ATTORNEY'S CONFIDENTIALITY: The material submitted herewith contains, and is intended to be a confidential transmission of information or documents from Levi Huebner & Associates, PC  which is legally privileged. The materials or information enclosed are intended only for the use of the individual or entity named in this transmission. If you are not the intended recipient, any disclosure, copying, distribution or the taking of any action in reliance on the contents of this transmission is strictly prohibited. If you have received this transmission in error, please notify us by telephone immediately, so that we can arrange for the return of the original documents to us at our cost.

CONFIDENTIALITY NOTICE The information contained in this communication from the Office of the New Jersey Attorney General is privileged and confidential and is intended for the sole use of the persons or entities who are the addressees. If you are not an intended recipient of this e-mail, the dissemination, distribution, copying or use of the information it contains is strictly prohibited. If you have received this communication in error, please immediately contact the Office of the Attorney General at (609) 292-4925 to arrange for the return of this information.