UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**JUDGE WILLIAM J. MARTINI**                               **DATE:** 10/23/18

Court Reporter: Jackie Kashmer

Court Clerk: Gail Hansen

Other:

**TITLE OF CASE:**

Y.W.                                                      2:14-cv-1642

v.

Roberts, et al


**Appearances:**


Levi Huebner & Lawrence Katz for Plaintiff

**NO APPEARANCE BY DEFENDANTS**


NATURE OF PROCEEDINGS: MISCELLANEOUS HEARING


**Parties were scheduled for a Status/Settlement Conference at 11:00 a.m. however the Defendant failed to show or contact the Court, etc.**

**The Court requested a copy of the transcript.**



                                           Gail A. Hansen, Deputy


Time Commenced: 11:45 a.m.

Time Concluded: 12:00 p.m.

Total Time: 15 minutes