UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**JUDGE WILLIAM J. MARTINI**                                   **DATE:** 11/8/18

Court Reporter: Yvonne Davion

Court Clerk: Gail Hansen

Other:

**TITLE OF CASE:**

Y.W.                                                          2:14-cv-1642

v.

Roberts, et al


**Appearances:**


Levi Huebner & Lawrence Katz for Plaintiff

DAG's Randall Weaver & Shmuel Bushwick for Defendants

**NATURE OF PROCEEDINGS: SETTLEMENT CONFERENCE**


**Parties indicated action settled; terms of the settlement placed on the record in open court; Court discussed settlement terms with Plaintiff; State will turn over funds with 12 weeks, etc.**


                                             Gail A. Hansen, Deputy


Time Commenced: 11:00 a.m.- 1:35 p.m. (in chambers)

Time Concluded: 1:35 p.m. 1:45 p.m. (in court)

Total Time: 2 hours 45 minutes