```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW JERSEY
```

```
---------------------------
Y.W.                                        2:14-CV-1642 WJM

           Plaintiff,

v.
                                              O R D E R
KIMBERLY ROBERTS, et al,

           Defendants.
---------------------------
```

The parties appearing on November 8, 2018 for a Settlement Conference and the parties having indicated that the action has been settled and the terms of the settlement having been placed on the record in open court, therefore;

It is on this 8th day of November, 2018

O R D E R E D that the above captioned matter is hereby dismissed.

                                    s/William J. Martini
                                    _____
                                    WILLIAM J. MARTINI, U.S.D.J.