UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Y.W.,<br><br>*Plaintiff*<br><br>vs.<br><br>Kimberly Roberts, Veronica Zeron, Patricia Aufiero, an Unknown Teacher, and New Milford Board of Education,<br><br>*Defendants.* | Case: 14-cv-1642 (WJM) (MF)<br><br>**STIPULATION OF DISMISSAL**<br><br>**WITH PREJUDICE** |

This matter having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that Plaintiff's complaint is voluntarily dismissed against Defendants Kimberly Roberts and Veronica Zeron and its employees, with prejudice and without costs.

It is hereby jointly requested that the Court enter an order, pursuant to Local Rule 41.1(b) and Rule 41(a)(2) of the Federal Rules of Civil Procedure, terminating this action against Kimberly Roberts and Veronica Zeron and entering a final order disposing of this action.

Dated: Newark, NJ
August 7, 2019

By: /s/ Lawrence Katz

Lawrence Katz,
Law Offices of Lawrence Katz,
70 East Sunrise Highway, Suite 500
Valley Stream, NY 11581

*Attorneys for Plaintiff*

By: /s/ Randall B. Weaver,

Gurbir S. Grewal
Attorney General Of New Jersey
Randall B. Weaver, Deputy Attorney General
25 Market Street
Trenton, NJ 08625-0116

*Attorneys for Kimberly Roberts, Veronica Zeron*