UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

Y.W.,

    *Plaintiff*

vs.

Kimberly Roberts, Veronica Zeron, Patricia Aufiero, an Unknown Teacher, and New Milford Board of Education,

    *Defendants.*

Case: 14-cv-1642 (WJM) (MF)

**ORDER**

---

Hon. William J. Martini, United States District Court Judge:

Pursuant to Local Rule 41.1(b) and Rule 41(a)(2) of the Federal Rules of Civil Procedure, as indicated previously by an order from this Court dated November 8, 2018 (ECF 135) the parties reached a settlement agreement with Kimberly Roberts and Veronica Zeron and plaintiff Y.W.; the parties have now executed the terms of their settlement agreement and move by stipulation requesting that the Court enter a final order disposing of this action.

IT IS on this day of ___8th___, ___August___, 2019, HEREBY DECREED:

**ORDERED** that the Clerk of the Court is directed to terminate Kimberly Roberts and Veronica Zeron from this action; and

**ORDERED** as a final order disposing of this action and the Court does not retain jurisdiction, the Clerk of the Court is directed to close this case.

Newark, New Jersey

SO ORDERED:

_____
William J. Martini, USDJ