Lawrence Katz, Esq.
Law Offices of Lawrence Katz,
70 East Sunrise Highway, Suite 500
Valley Stream, NY 11581
516-374-2118
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Y.W.,<br><br>  *Plaintiff,*<br><br>vs<br><br>KIMBERLY ROBERTS; VERONICA ZERON; PATRICIA AUFIERO; UNKNOWN TEACHER, and NEW MILFORD BOARD OF EDUCATION,<br><br>  *Defendants.* | **Civil Action No.: 14-1642 (WJM)(MF)**<br>**(SEALED)** |

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiff, Y.W. appeals to the United States Court of Appeals for the Third Circuit after a final order disposing this case (ECF 137) from an opinion (ECF 51) and an order (ECF 52) dated September 10, 2015, which terminated the parties Patricia Aufiero, Unknown Teacher, and New Milford Board Of Education upon a motion decided pursuant to FRCP 12(b), along with every relevant order of the United States District Court, District of New Jersey, entered in this action.[1]

Dated: Valley Stream, NY
    August 14, 2019

                    Respectfully submitted,

                    /s/
                    By: Lawrence Katz

---

[1] For purposes of clarity, this notice of appeal is not directed against Kimberly Roberts or Veronica Zeron, as all claims Y.W. had against them are settled.

Page 1

Page 2

      I, Lawrence Katz certify that on August 14, 2019 I sent a copy of this Notice of Appeal by FedEx delivery to the following:

      1.     Attorney General for the State of New Jersey, 25 Market Street, Trenton NJ 08625; and

      2.     Fogarty & Hara, Esqs, 21-00 Route 208 South, Fair Lawn, NJ 07410 attorneys for Patricia Aufiero, Unknown Teacher, and New Milford Board Of Education.

      I certify that the foregoing is true to the best of my knowledge.

Dated: Newark, NJ
       August 14, 2019

                                         Respectfully submitted,

                                         /s/ Lawrence Katz