UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

CCO-064

No. 19-2914

Y.W.,
    Appellant

v.

KIMBERLY ROBERTS; VERONICA ZERON;
PATRICIA AUFIERO; UNKNOWN TEACHER;
NEW MILFORD BOARD OF EDUCATION

(D.N.J. No. 2-14-cv-01642)

Present:  JORDAN, KRAUSE and MATEY, Circuit Judges

1. Clerk's Submission for Possible Dismissal due to Jurisdictional Defect.

2. Appellant's Response to Submission for Possible Dismissal due to Jurisdictional Defect.

3. Appellee's Response to Submission for Possible Dismissal due to Jurisdictional Defect.

4. Appellant's Reply to Response to Submission for Possible Dismissal due to Jurisdictional Defect.

5. Motion filed by Appellant for Protective Order.

Respectfully,
Clerk/clw

_____ORDER_____
    After considering the parties' responses regarding jurisdiction, the plaintiff's appeal is DISMISSED for lack of appellate jurisdiction.[1]

_____

    [1] Judge Jordan dissents from this aspect of the order and would refer the jurisdictional issue to a merits panel.

Plaintiff's motion for a protective order is granted in part.  The docket will continue to identify the plaintiff by his initials only and any future filings by the parties in this Court shall do the same for plaintiff and his immediate family.  Documents containing their full names must be redacted or, if necessary, the subject of a further motion to seal.  The motion's other requests are denied.

By the Court,

s/ Cheryl Ann Krause
Circuit Judge

Dated: April 27, 2020
CLW/cc: Levi Huebner, Esq.
        Vittorio S. LaPira, Esq.

A True Copy:

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate